FILED

NOV 08 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO JACKSON,<br><br>Plaintiff,<br><br>v.<br><br>UNKNOWN,<br><br>Defendant. | Case No. 19-05763 EJD (PR)<br><br>**ORDER OF DISMISSAL** |

On September 13, 2019, Plaintiff, a state prisoner, filed a letter which was construed as an attempt to file a civil rights action pursuant to 42 U.S.C. § 1983.[1] (Docket No. 1.) On the same day, the Clerk sent Plaintiff a notice indicating that he needed to file a complaint on the proper form. (Docket No. 2.) The Clerk separately notified Plaintiff that he needed to pay the court's filing fee or file a motion to proceed <u>In Forma Pauperis</u> ("IFP"). (Docket No. 3.) On September 23, 2019, Plaintiff filed a letter stating that he received all the notices. (Docket No. 5.)

To date, Plaintiff has failed to file a complete complaint or IFP application or to have any further communication with the Court. Accordingly, Plaintiff's action is

---

[1] This matter was reassigned to this Court on November 4, 2019. (Docket No. 7.)

**DISMISSED** without prejudice.

The Clerk is directed to terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: 11/8/19

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
P:\PRO-SE\EJD\CR.19\05763Jackson_dism-ifp-comp..docx